Form otfrcase

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

*In Re:*  Michael T Stram
    *Debtor(s)*

*Case No.:*  09–81613          *Chapter:*  7

## *ORDER*

**IT IS HEREBY ORDERED** that the above captioned case is transferred to the Northern District of Illinois, Rockford Division.

**Entered:** 6/3/09

                       /S/
                       Thomas L. Perkins
                       U.S. Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.